**UNITED STATES of America, Plaintiff–Appellee**

v.

**Richard Grey KIRBY, Defendant–Appellant.**

**No. 07–11126**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 10, 2008.

Richard Grey Kirby, Anthony, NM, pro se.

Before DAVIS, WIENER, and PRADO, Circuit Judges.

PER CURIAM: [*]

Richard Grey Kirby appeals the district court's denial of his petition for a writ of coram nobis. Kirby has not shown that the district court erred in denying relief on the basis that his claim was or could have been raised previously. *See United States v. Esogbue*, 357 F.3d 532, 535 (5th Cir. 2004). Accordingly, the judgment of the district court is AFFIRMED.

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.